# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**BRANDON D. THURMAN**  **PLAINTIFF**
**ADC #159873**

v.                    Case No. 5:15-cv-00169-KGB-JTR

**EDWARD ADAMS, Captain, and**
**C. HUNTER, Lieutenant,**
**Brassell Detention Center**                    **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 8). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Partial Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Plaintiff may proceed with his failure to protect and inadequate medical care claims against defendants in their personal capacities only.

2. All other claims are dismissed without prejudice for failing to state a claim upon which relief may be granted.

3. The Clerk is directed to prepare a summons for defendants. The U.S. Marshal is directed to serve the summons, complaint, and this Order on them without prepayment of fees and costs or security therefor. If either of the defendants is no longer employed by the Brassell Detention Center, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.

2

4.     It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this the 30th day of July, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE