UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRANDON D. THURMAN,
ADC #159873                                                                                       PLAINTIFF

V.                                    5:15CV00169 JTR

EDWARD ADAMS, Captain; and
CYNTHIA HUNTER, Lieutenant,
Brassell Detention Center                                                                  DEFENDANTS

# JUDGMENT[1]

Consistent with the Order entered separately today, this case is DISMISSED, WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

Dated this 19th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On August 27, 2015, the parties consented to proceed before a United States Magistrate Judge. *Doc. 20.*